# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**IN RE:** Hericson Torres          **BK NO. 25-00501 MJC**
       Leigh Torres

            Debtor(s)          **Chapter 7**

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

     Kindly enter my appearance on behalf of FREEDOM MORTGAGE CORPORATION and index same on the master mailing list.

               Respectfully submitted,

/s/ *Denise Carlon*
Denise Carlon
17 Mar 2025, 12:55:31, EDT


KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322

Document ID: f1f17acb26c78876855fda34586e844b3e11ef1a3fcb8e6fb62fab88c76eb23
Case 5:25-bk-00501-MJC    Doc 19    Filed 03/17/25    Entered 03/17/25 17:01:42    Desc
Main Document     Page 1 of 1