FILED
**March 24, 2025**
Clerk, U.S. Bankruptcy Court
Middle District of Pennsylvania
Wilkes-Barre

Rev. Dec 1, 2011

**LOCAL BANKRUPTCY FORM 1007-1(c)**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>**Hericson Torres and<br>Leigh Torres**<br><br>Debtor(s) | CHAPTER: 7<br><br>CASE NO. 5:25-BK-00501-MJC |

**CERTIFICATION OF NO PAYMENT ADVICES
PURSUANT TO 11 U.S.C. § 521(a)(1)(B)(iv)**

    I, <u>Leigh Torres</u>, hereby certify that within sixty (60) days before the date of filing the above-captioned bankruptcy petition, I did not receive payment advices (e.g. "pay stubs"), as contemplated by 11 U.S.C. § 521(a)(1)(B)(iv), **from any source of employment**. I further certify that I received no payment advices during that period because:

☒   I have been unable to work due to a disability throughout the sixty (60) days immediately preceding the date of the above-captioned petition.

☐   I have received no regular income other than Social Security payments throughout the sixty (60) days immediately preceding the date of the above-captioned petition.

☐   My sole source of regular employment income throughout the sixty (60) days immediately preceding the date of the above-captioned petition has been through self-employment from which I do not receive evidence of wages or a salary at fixed intervals.

☒   I have been unemployed throughout the sixty (60) days immediately preceding the date of the above-captioned petition.

☐   I did not receive payment advices due to factors other than those listed above. (Please explain)

    I certify under penalty of perjury that the information provided in this certification is true and correct to the best of my knowledge and belief.

Dated:    March 23, 2025            *Filing Separate Form*
                                                                  Debtor
                                                                  Leigh Torres   */s/ Lnt*
                                                                  Joint Debtor