Outlook

FILED
**March 25, 2025**
Clerk, U.S. Bankruptcy Court
Middle District of Pennsylvania
Wilkes-Barre

## No. 5:25-BK-00501-MJC: Respondent's Response to Movant's Motion for Relief

| | |
|---|---|
| From | 888 <hericson888@gmail.com> |
| Date | Tue 3/25/2025 3:22 PM |
| To | jilldurkinesq@gmail.com <jilldurkinesq@gmail.com>; ustpregion03.ha.ecf@usdoj.gov <ustpregion03.ha.ecf@usdoj.gov>; blemon@kmllawgroup.com <blemon@kmllawgroup.com>; hericson888@gmail.com <hericson888@gmail.com> |

1 attachment (488 KB)
Answer 1.0 Filed as Response with Exhibit A to Movants Motion for Relief on 3-25-2025.pdf;

See attached Response and Exhibit A to Movant's Motion for Relief.

This Response has been filed or will be filed today.

If you have any questions, please respond to this e-mail or call 347-566-4877.

Thank you,

<u>HERICSON</u>

"Condemnation without investigation is the height of ignorance." — Albert Einstein