**Outlook**

**Case # 5:25-BK-00501-MJC: Respondent's New Matter**

FILED
**March 28, 2025**
Clerk, U.S. Bankruptcy Court
Middle District of Pennsylvania
Wilkes-Barre

**From** 888 <hericson888@gmail.com>
**Date** Thu 3/27/2025 10:39 PM
**To** jilldurkinesq@gmail.com <jilldurkinesq@gmail.com>; ustpregion03.ha.ecf@usdoj.gov <ustpregion03.ha.ecf@usdoj.gov>; blemon@kmllawgroup.com <blemon@kmllawgroup.com>; hericson888@gmail.com <hericson888@gmail.com>

1 attachment (288 KB)
Answer 1.2B New Matter to Movants Motion for Relief w Proof of Service on 3-27-2025 (filed).pdf;

Please disregard the previous e-mail as the attachments were not signed by debtors.
-
See attached New Matter. A new proof of service will be filed for this service.

This New Matter was filed today.

If you have any questions, please respond to this e-mail or call 347-566-4877.


Thank you,

HERICSON

"Condemnation without investigation is the height of ignorance." — Albert Einstein