| | |
|---|---|
| In re: | Case No. 25-00501-MJC |
| Hericson Torres | Chapter 7 |
| Leigh Torres | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 1 of 3 |
| Date Rcvd: Apr 22, 2025 | Form ID: ntnoshow | Total Noticed: 54 |

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 24, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| jdb | + | Leigh Torres, 325 Five Springs Road, Stroudsburg, PA 18360-8175 |
| 5691983 | + | Commonwealth of Pennsylvania, 501 North Third Street, 508 Main Capital Building, Harrisburg, PA 17120-0022 |
| 5691984 | + | Court of Common Pleas of Monroe County, 610 Monroe Street, Suite 323, Stroudsburg, PA 18360-2282 |
| 5691982 | | E-Z Pass New York, P.O. Box 15185, Albany, NY 12212-5185 |
| 5691941 | + | Federal Home Loan Mortgage Corporation, 6555 Excellence Way, Plano, TX 75023-1202 |
| 5691974 | + | Homestar RX and Infusion Services, 77 S. Commerce Way, Suite 200, Bethlehem, PA 18017-8891 |
| 5691963 | | IPFS of New York LLC, P.O. Box 412086, Kansas City, MO 64141-2086 |
| 5691940 | + | MERSCORP Holdings Inc., 11819 Miami St, Suite 100, Omaha, NE 68164-3687 |
| 5691987 | + | Modell Collateral Loans Pawn Shop, 8413 5th Ave, Brooklyn, NY 11209-4709 |
| 5691965 | | NYC Department of Finance, P.O. Box 3641, New York, NY 10008-3641 |
| 5691945 | | Nissan North America Inc, One Nissan Way, Frankling, TN 37067-6367 |
| 5691946 | + | Nissan World LLC, 146 Route 22 West, Springfield, NJ 07081-3190 |
| 5691968 | | PACER Service Center, P.O. Box 5208, Portland, OR 97208-5208 |
| 5691981 | + | Pennsylvania Turnpike Commission, P.O. Box 67676, Harrisburg, PA 17106-7676 |
| 5691961 | + | Pennywise Fuel, 219 Shine Hill Road, Henryville, PA 18332-7794 |
| 5691939 | + | Prime Lending A PlainsCapital Company, 18111 Preston Road, Dallas, TX 75252-5470 |
| 5691942 | + | Roundpoint Mortgage Servicing Corporation, P.O. Box 19789, Charlotte, NC 28219-9789 |
| 5691949 | | Route 31 Imports LLC, 2017 Route 31, Clinton, NJ 08809 |
| 5691952 | + | Smiles 4 Keeps, 313 Mulberry St, Scranton, PA 18503-1221 |
| 5691948 | + | Toyota Motor North America Inc., 6565 Headquarters Dr, Plano, TX 75024-5965 |
| 5691967 | + | Whitetail Disposal Inc, 334 Layfield Rd, Perkiomenville, PA 18074-9558 |

TOTAL: 21

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| db | + | Email/PDF: hericson888@gmail.com | Apr 22 2025 18:48:00 | Hericson Torres, 325 Five Springs Road, Stroudsburg, PA 18360-8175 |
| cr | + | Email/Text: Bankruptcy@Freedommortgage.com | Apr 22 2025 18:49:00 | Freedom Mortgage Corporation, 11988 Exit 5 Pkwy, Bldg 4, Fishers, IN 46037-7939 |
| 5691985 | + | Email/Text: g17768@att.com | Apr 22 2025 18:49:00 | AT&T, 208 S Akard St, Dallas, TX 75202-4206 |
| 5692584 | | Email/Text: bnc@atlasacq.com | Apr 22 2025 18:49:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck NJ 07666 |
| 5691951 | + | Email/PDF: bncnotices@becket-lee.com | Apr 22 2025 19:07:02 | American Express, P.O. Box 981537, El Paso, TX 79998-1537 |
| 5691980 | | Email/Text: correspondence@credit-control.com | Apr 22 2025 18:49:00 | Credit Control LLC, 8001 Woodland Center Blvd, Suite 200, Tampa, FL 33614 |
| 5691978 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 22 2025 19:07:02 | Capital One Services LLC, P.O. Box 30285, Salt Lake City, UT 84130-0285 |

| Recipient ID | | Delivery Method | Date/Time | Name/Address |
|---|---|---|---|---|
| 5691975 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 22 2025 18:52:03 | Chase Bank, Mail Code OHl-1272, 340 S Cleveland Ave, Building 370, Westerville, OH 43081-8917 |
| 5691954 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 22 2025 19:06:30 | Citibank NA, P.O. Box 8218, Mason, OH 45040-8218 |
| 5691979 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 22 2025 18:49:00 | Comenity Bank, P.O. Box 182273, Columbus, OH 43218-2273 |
| 5691943 | + | Email/Text: Bankruptcy@Freedommortage.com | Apr 22 2025 18:49:00 | Freedom Mortgage Corporation, 951 W Yamato Road, Suite 175, Boca Raton, FL 33431-4444 |
| 5691960 | + | Email/Text: Lizann.Davis@pennmedicine.upenn.edu | Apr 22 2025 18:49:00 | Hospital of the University of Pennsylvania, 3400 Spruce St, Ravdin 1, Philadelphia, PA 19104-4238 |
| 5691944 | ^ | MEBN | Apr 22 2025 18:48:29 | KML Law Group P.C., 701 Market St, Suite 5000, Philadelphia, PA 19106-1541 |
| 5691969 | | Email/Text: camanagement@mtb.com | Apr 22 2025 18:49:00 | M&T Bank, P.O. Box 1056, Buffalo, NY 14240-1056 |
| 5691953 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 22 2025 19:06:30 | Macys, P.O. Box 6789, Sioux Falls, SD 57117-6789 |
| 5691955 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 22 2025 18:49:00 | Midland Credit Management, 320 E Big Beaver Road, Suite 300, Troy, MI 48083-1271 |
| 5691956 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 22 2025 18:49:00 | Midland Credit Management, 350 Camino De La Reina, Suite 100, San Diego, CA 92108-3007 |
| 5691964 | | Email/Text: USCOURTSEBN@finance.nyc.gov | Apr 22 2025 18:49:00 | NYC Department of Finance, Church Street Station, P.O. Box 3600, New York, NY 10008-3600 |
| 5691966 | ^ | MEBN | Apr 22 2025 18:49:54 | NYC Department of Finance, P.O. Box 3615, New York, NY 10008-3615 |
| 5691971 | | Email/Text: bankruptcies@penncredit.com | Apr 22 2025 18:49:00 | PennCredit Corporation, 2800 Commerce Drive, Harrisburg, PA 17110 |
| 5691972 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 22 2025 18:52:15 | Portfolio Recovery Associates LLC, P.O. Box 12914, Norfolk, VA 23541 |
| 5691986 | ^ | MEBN | Apr 22 2025 18:49:07 | PPL Electric, 645 Hamilton St, Suite 601, Allentown, PA 18101-1179 |
| 5691947 | + | Email/Text: bkrgeneric@penfed.org | Apr 22 2025 18:49:00 | PenFed Credit Union, P.O. Box 1432, Alexandria, VA 22313-1432 |
| 5691973 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 22 2025 18:52:02 | Portfolio Recovery Associates LLC, Department 922, P.O. Box 4115, Concord, CA 94524-4115 |
| 5691957 | + | Email/Text: cs@securitycreditservicesllc.com | Apr 22 2025 18:49:00 | Security Credit Services, 306 Enterprise Dr, Oxford, MS 38655-2762 |
| 5691962 | ^ | MEBN | Apr 22 2025 18:48:10 | St Lukes University Health Network, P.O. Box 604152, Charlotte, NC 28260-4152 |
| 5691976 | | Email/Text: bankruptcy@td.com | Apr 22 2025 18:49:00 | TD Bank, P.O. Box 1377, Lewiston, Maine 04243-1377 |
| 5691977 | | Email/Text: bankruptcy@td.com | Apr 22 2025 18:49:00 | TD Bank NA, P.O. Box 9547, Portland, Maine 04112-9547 |
| 5691950 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Apr 22 2025 18:49:00 | Toyota Financial Services, P.O. Box 5855, Carol Stream, IL 60197-5855 |
| 5701708 | | Email/PDF: bncnotices@becket-lee.com | Apr 22 2025 19:07:15 | Toyota Motor Credit Corporation, c/o Becket and Lee LLP, PO Box 3002, Malvern PA 19355-0702 |
| 5691959 | | Email/Text: bankruptcydepartment@tsico.com | Apr 22 2025 18:49:00 | Transworld Systems Inc, 500 Virginia Dr, Suite 514, Ft Washington, PA 19034-2733 |
| 5691970 | + | Email/Text: bankruptcy@uflp.com | | |

| | | | |
|---|---|---|---|
| 5691958 | + Email/PDF: BankruptcynoticesExceptions@wellsfargo.com | Apr 22 2025 18:49:00 | Universal Fidelity Limited Pa1tnership, P.O. Box 5444, Katy, TX 77491-5444 |
| | | Apr 22 2025 19:07:10 | Wells Fargo, P.O. Box 393, Minneapolis, MN 55480-0393 |

TOTAL: 33

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *P++ | ATLAS ACQUISITIONS LCC, 492C CEDAR LANE SUITE 442, TEANECK NJ 07666-1713, address filed with court:, Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| cr | * | Toyota Motor Credit Corporation, c/o Becket and Lee LLP, PO Box 3002, Malvern, PA 19355-0702 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 24, 2025          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 22, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Freedom Mortgage Corporation bkgroup@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Jill E. Durkin | jilldurkinesq@gmail.com  PA92@ecfcbis.com |
| Matthew K. Fissel | on behalf of Creditor Freedom Mortgage Corporation matthew.fissel@brockandscott.com  wbecf@brockandscott.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Hericson Torres,          Chapter    7

    **Debtor 1**

                Case No.    5:25−bk−00501−MJC

Leigh Torres,

    **Debtor 2**

## Notice of Intention to Dismiss Bankruptcy Case

Section 343 of the Bankruptcy Code (11 U.S.C. § 343) requires debtors to appear and submit to an examination under oath at the meeting of creditors held under Section 341 of the Bankruptcy Code (11 U.S.C. § 341). The failure to appear at the Section 341 meeting of creditors is grounds for dismissal of the bankruptcy case.

The court's docket indicates that Debtor 1 and Debtor 2 failed to appear at the scheduled Section 341 meeting of creditors. **Accordingly, the Court intends to dismiss the bankruptcy case of Debtor 1 and Debtor 2.**

Any debtor opposing dismissal must file an objection with the Court on or before **May 13, 2025** explaining the failure to appear at each scheduled Section 341 meeting of creditors. Any creditor or party in interest that opposes this dismissal must file an objection with the Court on or before **May 13, 2025**.

**If no objections are filed by May 13, 2025, an Order will be entered dismissing the bankruptcy case of Debtor 1 and Debtor 2.**

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Seth F. Eisenberg<br>Clerk of the Bankruptcy Court:<br>By: MichaelMcHugh, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: April 22, 2025 |

ntnoshow (07/18)