United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 25-00501-MJC |
| Hericson Torres | Chapter 7 |
| Leigh Torres | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: May 29, 2025 | Form ID: pdf010 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 31, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| jdb | + Leigh Torres, 325 Five Springs Road, Stroudsburg, PA 18360-8175 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| db | + Email/PDF: hericson888@gmail.com | May 29 2025 18:46:00 | Hericson Torres, 325 Five Springs Road, Stroudsburg, PA 18360-8175 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 31, 2025                              Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 29, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew L Spivack | on behalf of Creditor Freedom Mortgage Corporation andrew.spivack@brockandscott.com wbecf@brockandscott.com |
| Denise E. Carlon | on behalf of Creditor Freedom Mortgage Corporation bkgroup@kmllawgroup.com bkgroup@kmllawgroup.com |
| J Eric Kishbaugh | on behalf of Creditor Freedom Mortgage Corporation jkishbaugh@udren.com vbarber@udren.com |
| Jill E. Durkin | |

jilldurkinesq@gmail.com PA92@ecfcbis.com

United States Trustee

ustpregion03.ha.ecf@usdoj.gov

TOTAL: 5

# THE UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

**MAX ROSENN U.S. COURTHOUSE**
197 South Main Street, Room 274
Wilkes-Barre, PA 18701
(570) 831-2500

*Seth F. Eisenberg*
*Clerk*



**SYLVIA H. RAMBO US COURTHOUSE**
1501 N. 6TH Street
Harrisburg, PA 17102
(717) 901-2800

*D. Troy Sellars*
*Chief Deputy Clerk*

May 29, 2025

Hericson Torres
Leigh Torres
325 Five Springs Road
Stroudsburg, PA 18360

        In Re:      Hericson Torres
                     Leigh Torres
        Case No.:  5:25-bk-00501-MJC
        Chapter:   7

Dear Debtor:

Please be advised that even though your case has been dismissed, you remain responsible for the unpaid filing fees.

    **Your unpaid filing fees total: $ 338.00**

You can pay these fees using any of the following methods:

- On-line using a debit card (https://www.pamb.uscourts.gov/online-fee-payments);
- a cashier's check; or
- a money order.

Cashier's checks and money orders must be made payable to the "Clerk, United States Bankruptcy Court".

The Clerk's office does not accept cash, personal checks from debtors, or third-party checks.

Please promptly submit your payment.

Sincerely,

Nadine Petrina

Financial Administrator